[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 20, 2010
JOHN LEY
CLERK

_____

No. 08-14570

_____

D. C. Docket No. 06-00904-CV-BE-S

CHRISTOPHER MADAIO,
an individual and private
citizen residing in the City
of Athens, County of Limestone,
State of Alabama,

                                                        Plaintiff-Appellant,

versus

TYLER RODEN, et al.,

                                                        Defendant,

FEDERAL BUREAU OF INVESTIGATION,

                                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(April 20, 2010)

Before HULL, WILSON and FARRIS,[*] Circuit Judges.

PER CURIAM:

Appellant Christopher Madaio appeals the district court's order, dated March 31, 2008 (1) granting summary judgment to the appellee FBI on Madaio's claims for money damages for violations of the Privacy Protection Act, 42 U.S.C. §§ 2000aa et seq; (2) denying Madaio's motion in limine and motion for more discovery; and (3) striking certain affidavits. Appellant Madaio also appeals the district court's order, dated July 7, 2008, denying Madaio's motion to alter or amend the judgment. After oral argument and review, this Court affirms finding no reversible error.

Nothing herein shall affect Madaio's rights to seek return of any legal property from the FBI under Rule 41(g) of the Federal Rules of Criminal Procedure or as otherwise permitted under law.

AFFIRMED.

---

[*]Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit, sitting by designation.